UST-32, 3-99

Beth Lang, Chapter 7 Trustee
1955 W. Grant Rd., Ste 125
Tucson, AZ 85745
520/ 884-1880
bethelang@earthlink.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA - TUCSON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CARNEY, MICHAEL P | ) | Case No. 08-04781-TUC JMM |
| CARNEY, JAMIE L | ) | |
| | ) | **APPLICATION FOR PAYMENT** |
| Debtor(s) | ) | **OF UNCLAIMED FUNDS TO** |
| | ) | **U.S. BANKRUPTCY COURT** |

Beth Lang, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 103 | 06/25/10 | Nelnet<br>3501 S Parker Rd Ste 400<br>Aurora CO 80014 | $32.99 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $32.99 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| October 4, 2010 | */s/  Beth Lang* |
| Date | Beth Lang, Trustee |

Copy of the foregoing mailed, first-class
postage, October 5, 2010, to:

Nelnet
3501 S Parker Rd Ste 400
Aurora CO 80014

*/s/    Linda Mattern*
Linda L. Mattern, PLS, ACP
Certified Paralegal - Bankruptcy Specialist